ARTLOOM REALTY Co., INC., Appellant, *v.* WILLIAM F. LAMORTE et al., Defendants, and MORRIS LEFKORT et al., Respondents.

(Argued October 15, 1930; decided November 18, 1930.)

*Mortimor S. Gordon* and *Jacob Gordon* for appellant.
*Herbert C. Smyth, Roderic Wellman* and *Maurice Lefkort* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.